IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Quintin M. Littlejohn,                   )<br>                                                    )<br>                          Petitioner,    )<br>                                                    )<br>          vs.                                      )<br>                                                    )<br>Harold Creciven, Captain at         )<br>Cherokee County Detention Center, )<br>                                                    )<br>                          Respondents. )<br>                                                    ) | Civil Action No. 6:07-2177-RBH-WMC<br><br>**ORDER AND**<br>**REPORT OF MAGISTRATE JUDGE** |

The petitioner, a state prisoner proceeding *pro se*, seeks habeas corpus relief pursuant to Title 28, United States Code, Section 2254.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), and Local Rule 73.02(B)(2)(c), D.S.C., this magistrate judge is authorized to review posttrial petitions for relief and submit findings and recommendations to the District Court.

The petitioner is a prisoner confined at a local detention center. The petitioner has moved to amend his petition. As the respondents have not yet filed a return, the motion to amend is granted. The petition shall submit his amended petition by October 1, 2007.

The petitioner has also moved to dismiss and for summary judgment. Such a motion is inappropriate at this time as the respondents have not yet responded to his petition. Accordingly, it is recommended that the motion to dismiss and for summary judgment be denied.

IT IS SO ORDERED AND RECOMMENDED.

s/William M. Catoe
United States Magistrate Judge

September 11, 2007
Greenville, South Carolina